

Connecticut/New Haven
00-CV-546
Dorsey

# MANDATE ●

## UNITED STATES COURT OF APPEALS

## FOR THE SECOND CIRCUIT

---

**DOCTOR'S ASSOCIATES**                    No. 01-7663

**v.**



**KWAN CHIEN HU**

---

### STIPULATION WITHDRAWING PREMATURE APPEAL
### WITH RESERVATION OF RIGHTS AND WITH
### <u>CONDITIONAL RIGHT OF REINSTATEMENT</u>

It appearing that the above appeal is premature because the sanction fee award has not yet been determined, see, e.g., <u>Discon</u> v. <u>NYNEX</u>, 4 F.3d 130, 133 (2d Cir. 1993); <u>Pridgen</u> v. <u>Andersen</u>, 113 F.3d 391, 394 (2d Cir. 1997); <u>Dove</u> v. <u>Atlantic Capital</u>, 963 F.2d 15, 18 (2d Cir. 1992), and the parties wish to avoid burdening the Court with motion practice over finality/appellate jurisdiction: WHEREFORE,

IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel that the above appeal is withdrawn without costs and without attorneys' fees for the time spent on this appeal.

Appellant retains the right to file a new notice of appeal following entry of final judgment determining the amount of the sanction to be imposed, and appellant retains the right to raise in such subsequent appeal all issues sought to be raised in this appeal.

CERTIFIED:
AUG 14 2008

The parties further stipulate that in the event that this Court on a subsequent appeal were to rule that the issues presented could only have been litigated in this appeal, then leave is granted to appellant to reinstate this appeal by letter to the Clerk of this Court within 20 days after any such ruling.

Jeffrey M. Goldstein, Esq.
Goldstein & Loots, P.C.
1700 K Street, N.W. Ste 801
Washington, DC 20006
Attorney For Appellant

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Stanley A. Bass, Staff Counsel

Sept. 10, 2001

Kevin M. Kennedy, Esq.
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, CT 06508
Attorney For Appellee

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

2